# Executive Grant of Clemency

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

**AFTER CONSIDERING THE APPLICATIONS** for executive clemency of the following named persons, I hereby commute the total sentence of imprisonment each of the following named persons is now serving to expire on October 1, 2016, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Eric E. Alvarez** | Reg. No. 38683-018 |
| **Dale Baldwin** | Reg. No. 18729-018 |
| **Delaine F. Berg** | Reg. No. 27462-044 |
| **Philip Blackwood,** aka Phillip George Blackwood | Reg. No. 64160-053 |
| **Wilhemina Bryan** | Reg. No. 24236-018 |
| **Charrell Franklin Burrage** | Reg. No. 11979-030 |
| **Richard Eugene Dains** | Reg. No. 03682-078 |
| **Douglas Ray Dunkins, Jr.** | Reg. No. 22619-077 |
| **Ronald Gregory Farah** | Reg. No. 04133-016 |
| **Joe Mack Flowers** | Reg. No. 11594-018 |
| **Ronald Glinton** | Reg. No. 27985-004 |
| **Gregory E. Graham** | Reg. No. 33448-013 |
| **Teresa Mechell Griffin** | Reg. No. 11633-064 |
| **Larry Roscoe Gunnell, Jr.** | Reg. No. 35351-083 |
| **Marvin Hampton** | Reg. No. 12996-171 |
| **Cleon Jermaine Hawkins** | Reg. No. 04844-095 |
| **Bennit Hayes** | Reg. No. 05422-017 |
| **Everette Bryant Law** | Reg. No. 04208-084 |
| **Darran Lamar Moore** | Reg. No. 70726-004 |
| **Robert Pettway** | Reg. No. 05806-017 |
| **Patrick Kit Plumlee** | Reg. No. 26004-083 |
| **Shawn Antonio Pressley** | Reg. No. 18946-057 |
| **Anthony Walter Puig** | Reg. No. 39847-018 |
| **Emlera Quince** | Reg. No. 15339-074 |
| **Jesus Ruiz,** aka Jesse Ruiz | Reg. No. 64008-079 |
| **Garrie Lavert Samuels** | Reg. No. 27012-077 |
| **Robert Lewis Sleepers, III** | Reg. No. 03366-424 |
| **Phillip Maurice Thomas** | Reg. No. 75019-004 |
| **Shane William Tuttle** | Reg. No. 04635-046 |
| **Craig L. Watson** | Reg. No. 23345-009 |
| **Lawrence McArthur Webb** | Reg. No. 12383-084 |
| **Danny Ray White** | Reg. No. 05267-078 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to expire on June 3, 2018, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence. I also direct the Bureau of Prisons to make immediately available to each named person the Residential Drug Abuse Program:

| | |
|---|---|
| **Christopher Shawn Collier** | Reg. No. 10070-180 |
| **Cedric Jarreau Hawkins** | Reg. No. 19547-424 |
| **Patrick Henderson** | Reg. No. 04231-090 |
| **Tony Jones** | Reg. No. 40394-004 |
| **Gary Allen Lott** | Reg. No. 14256-064 |
| **Kareem Martin** | Reg. No. 40353-039 |
| **Julian L. Wyre** | Reg. No. 30166-424 |

I hereby further commute the total sentence of imprisonment imposed upon **Nolan McSwain**, Reg. No. 95006-012, to expire on June 3, 2017. I leave intact and in effect all other components of the sentence. I also direct the Bureau of Prisons to place the said **Nolan McSwain** on one year of pre-release custody.

I hereby further commute the total sentence of imprisonment imposed upon **Sherman Ray Meirovitz**, Reg. No. 03831-041, to expire on June 3, 2017. I leave intact and in effect all other components of the sentence. I also direct the Bureau of Prisons to place the said **Sherman Meirovitz** on one year of home confinement.

I hereby further commute the total sentence of imprisonment imposed upon **Almos L. Starks**, Reg. No. 02547-061, to expire on October 1, 2016. I also remit the unpaid balance of the $20,000 fine. I leave intact and in effect the six-year term of supervised release with all its conditions and all other components of the sentence.

**I HEREBY DESIGNATE**, direct, and empower the Acting Pardon Attorney, as my representative, to deliver to the Bureau of Prisons a certified copy of the signed warrant as evidence of my action in order to carry into effect the terms of these grants of clemency, and to deliver a certified copy of the signed warrant to each of the persons to whom I have granted clemency as evidence of my action.

**IN TESTIMONY WHEREOF** I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.



*Done at the City of Washington this third day of June in the year of our Lord Two thousand and sixteen and of the Independence of the United States the two hundred and fortieth.*